UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2022
```

SHIVA STEIN,

                Plaintiff,

v.

LAWSON PRODUCTS INC., MICHAEL G. DECATA, ANDREW B. ALBERT, I. STEVEN EDELSON, LEE S. HILLMAN, J. BRYAN KING, MARK F. MOON, and BIANCA MARTINEZ RHODES,

                Defendants.

22 Civ. 639 (AT)

MATTHEW HOPKINS,

                Plaintiff,

v.

LAWSON PRODUCTS INC., MICHAEL G. DECATA, ANDREW B. ALBERT, I. STEVEN EDELSON, LEE S. HILLMAN, J. BRYAN KING, MARK F. MOON, and BIANCA MARTINEZ RHODES,

                Defendants.

22 Civ. 724 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 2, 2022, the Court informed the parties of its intent to consolidate the above-captioned cases, and directed any interested attorneys to file applications to be appointed lead counsel by February 17, 2022. The Court has not received any such applications. Accordingly, by **March 14, 2022**, any interested attorneys shall file requests to be appointed lead counsel. Any opposition to such application shall be filed by **March 21, 2022**. Failure to comply with this order shall result in dismissal of these cases for failure to prosecute.

      SO ORDERED.

Dated: March 7, 2022
       New York, New York

                                                  ANALISA TORRES
                                               United States District Judge